&GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.     Crim. No.  1:23-CR-6-011(LAG)

**KIMBREYANNA ANDRANIQUE PEEPLES**

On October 23, 2024, the supervised release period of 1 year commenced. Kimbreyanna Andranique Peeples has complied with the rules and regulations of supervised release; has met the criteria for early termination, as outlined in the *Guide to Judiciary Policy*, Volume 8, Part E (Post-Conviction Supervision) [Monograph 109], Chapter 3, as approved by the Administrative Office of the United States Courts; and is no longer in need of supervision. Accordingly, it is recommended Kimbreyanna Andranique Peeples be discharged from supervision.

Respectfully submitted,

Eugene L. Autry, II
U.S. Probation Officer

ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 17th day of July, 2025.

LESLIE ABRAMS GARDNER
CHIEF U.S. DISTRICT JUDGE